UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LORI LITTLE, ) | Case No. 1:10-cv-00945-SSB-KLL |
| ) | |
| Plaintiff, ) | The Honorable Sandra S. Beckwith |
| ) | Magistrate Karen L. Litkovitz |
| v. ) | |
| ) | |
| TRACTOR SUPPLY COMPANY, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff Lori Little and Defendant Tractor Supply Company, that the above-captioned action be dismissed as to any and all claims against Defendant Tractor Supply Company with prejudice.

**IT IS SO ORDERED.**

_____
SANDRA S. BECKWITH
United States District Court Judge